DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

SCOTT GLASZ,

Appellant

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1006

_____

August 23, 2024

Appeal from the Circuit Court for Sarasota County; Donna Padar, Judge.

Howard L. Dimmig, II, Public Defender, and Richard P. Albertine, Jr., Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Alicia M. Winterkorn, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, VILLANTI, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.